**Order entered May 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00877-CR

**MICHAEL GLEN GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31429**

## ORDER

Before the Court is appellant's May 22, 2019 first motion for extension of time to file his brief. We **GRANT** the motion to the extent appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
JUSTICE